UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53910

Morton & Craig LLC

William E. Craig, Esquire

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:

JORGE L. MEDINA

**Order Filed on September 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 23-10218

Adv. No.

Hearing Date: 7-25-23

Judge: (ABA)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 7, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jorge L. Medina
Case No: 23-10218
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), with the appearance of Andrew Thomas Archer, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Chrysler Capital is the holder of a first purchase money security interest encumbering a 2019 Ram 1500 bearing vehicle identification number 1C6SRFET9KN571097.**
2. **That the Debtor's account has post-petition arrears through July 2023 in the amount of $2,880.00.**
3. **That the Debtor is to cure the arrears set forth in paragraph two (2) above by making his regular monthly payment of $720.00 plus an additional $480.00 (for a total monthly payment of $1,200.00) for the months of August 2023 through January 2024.**
4. **That commencing August 2023, if the Debtor fails to make any payment to Chrysler Capital within thirty (30) days after it falls due, Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtor: Jorge L. Medina
Case No: 23-10218
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, Chrysler Capital shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay a counsel fee of $438.00 to Chrysler Capital through his Chapter 13 Plan.**