**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53910

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

In Re:

JORGE L. MEDINA

Order Filed on September 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-10218

Adv. No.

Hearing Date: 7-25-23

Judge: (ABA)

**ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 7, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jorge L. Medina
Case No: 23-10218
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), with the appearance of Andrew Thomas Archer, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Chrysler Capital is the holder of a first purchase money security interest encumbering a 2019 Ram 1500 bearing vehicle identification number 1C6SRFET9KN571097.**
2. **That the Debtor's account has post-petition arrears through July 2023 in the amount of $2,880.00.**
3. **That the Debtor is to cure the arrears set forth in paragraph two (2) above by making his regular monthly payment of $720.00 plus an additional $480.00 (for a total monthly payment of $1,200.00) for the months of August 2023 through January 2024.**
4. **That commencing August 2023, if the Debtor fails to make any payment to Chrysler Capital within thirty (30) days after it falls due, Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtor: Jorge L. Medina
Case No: 23-10218
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, Chrysler Capital shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay a counsel fee of $438.00 to Chrysler Capital through his Chapter 13 Plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 23-10218-ABA
Jorge L. Medina                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                     Page 1 of 1
Date Rcvd: Sep 07, 2023              Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jorge L. Medina, 404 Henderson Ave, Millville, NJ 08332-3938 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023                     Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Jorge L. Medina aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 5