| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Limosa LLC |

In Re:

  Jorge Medina

            Debtor

Case No.:   23-10218 ABA

Chapter:    13

Hearing Date: 10/25/2023

Judge:      Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ☒ Withdrawn

Matter: Objection to Confirmation of Plan

Date: October 02, 2023        /s/Denise Carlon
                                            Signature

*rev. 8/1/15*